# Third District Court of Appeal
## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0024
Lower Tribunal No. 19-4786
_____

**Soraya Sebelen,**
Appellant,

vs.

**Lydia Bulas,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

McCarter Law Group PA, and Keith McCarter (Tampa), for appellant.

Annesser Armenteros, PLLC, and John W. Annesser and Megan Conkey Gonzalez, for appellee.

Before SCALES, LINDSEY and BOKOR, JJ.

PER CURIAM.

After a review of the initial brief and seeing "no preliminary basis for reversal," the court summarily affirms the order(s) on appeal.  Fla. R. App. P. 9.315(a).